UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN ANTONELLI,

Plaintiff,

-against-

UNKNOWN TELEMARKETING ENTITY A;
UNKNOWN TELEMARKETING ENTITY B;
UNKNOWN TELEMARKETING ENTITY C;
UNKNOWN TELEMARKETING ENTITY D;
UNKNOWN TELEMARKETING ENTITY E;
JOHN DOES 1-100,

Defendants.

26-CV-3454 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 12, 2026, the Court issued an Order directing plaintiff to "submit his proposed subpoenas and explain the basis for venue in this district" by September 12, 2026. Dkt. 13. To date, plaintiff has done neither of these things. The Court warned that failure to comply with the order would result in dismissal. *Id.*

Accordingly, the Court DISMISSES the case WITHOUT PREJUDICE.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: September 15, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge